No. 15,608.

HINKLEY, ATTORNEY GENERAL EX REL. STATE v. ORIENTAL
REFINING COMPANY.

(178 P. [2d] 416)

Decided February 24, 1947.   Rehearing denied March 17, 1947.

Mr. H. LAWRENCE HINKLEY, Attorney General, Mr. DUKE W. DUNBAR, Deputy, Mr. GEORGE K. THOMAS, Assistant for plaintiff in error.

Mr. MAX P. ZALL, for defendant in error.

*En Banc.*

PER CURIAM.

MR. JUSTICE LUXFORD has not participated in the hearing or in the consideration of this cause. Chief Justice Burke and Justices Stone and Alter are of the opinion that the judgment should be affirmed, whereas Justices Hilliard, Jackson and Hays are of the opinion that it should be reversed. As the judgment must therefore be affirmed by operation of law because of an equally di-

vided court, no good purpose would be served by a statement of the issues or the reasons for the conclusion of the several members of the court. Rule 118 (f), R. C.P. Colo.

Judgment affirmed.